Filed 8/15/18

# IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE, )
)
    Plaintiff and Respondent, )
)         S099549
    v. )
)
MICHAEL AUGUSTINE LOPEZ, )
)       Alameda County
    Defendant and Appellant. )   Super. Ct. No. H28492A
_____ )

### ORDER MODIFYING OPINION AND
### DENYING PETITION FOR REHEARING

THE COURT:

The opinion in this matter filed June 28, 2018, and appearing at 5 Cal.5th 339, is modified as follows:

In the first sentence of the second full paragraph on page 353, the following words are deleted: "that a competency ruling under Evidence Code section 701 was not sufficient and." As modified, the sentence will now read: "We reject Lopez's argument that the trial court was required to hold a hearing under Evidence Code section 702."

The modification does not affect the judgment.

The petition for rehearing is denied.